```
                                              FILED
                                        CLERK, U.S. DISTRICT COURT

                                             06/11/2025

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY:        JD        DEPUTY
```

1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN J. BUTLER (Cal. Bar No. 329129)
4  JENA A. MACCABE (Cal. Bar No. 316637)
   Assistant United States Attorneys
5  Violent and Organized Crime Section
        1300 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-6495/5046
        Facsimile: (213) 894-0141
8       E-mail:    kevin.butler2@usdoj.gov
                   jena.maccabe@usdoj.gov                    **UNDER SEAL**
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                    UNITED STATES DISTRICT COURT

12                FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          CR 5:25-CR-00198-KK

14          Plaintiff,                GOVERNMENT'S *EX PARTE* APPLICATION
                                      FOR ORDER SEALING INDICTMENT AND
15              v.                    RELATED DOCUMENTS; DECLARATION OF
                                      JENA A. MACCABE
16 CARLOS VICTOR MESTANZA CERCADO,
     et al.,                          **(UNDER SEAL)**
17
            Defendants.
18

19      The government hereby applies ex parte for an order that the

20 indictment and any related documents in the above-titled case (except

21 the arrest warrants for the charged defendants) be kept under seal

22 until the government files a "Report Commencing Criminal Action" in

23 this matter.

24 //

25 //

26 //

27 //

28 //

This ex parte application is made pursuant to Federal Rule of
Criminal Procedure 6(e)(4) and is based on the attached declaration
of Jena A. MacCabe.

Dated: June 10, 2025                 Respectfully submitted,

                                     BILAL A. ESSAYLI
                                     United States Attorney

                                     CHRISTINA T. SHAY
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                     _____
                                     KEVIN J. BUTLER
                                     JENA A. MACCABE
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

1

### <u>DECLARATION OF JENA A. MACCABE</u>

2    I, Jena A. MacCabe, declare as follows:

3    1.   I am an Assistant United States Attorney in the United

4 States Attorney's Office for the Central District of California.  I

5 represent the government in the prosecution of <u>United States v.</u>

6 <u>CARLOS VICTOR MESTANZA CERCADO, et al.,</u> the indictment in which is

7 being presented to a federal grand jury in the Central District of

8 California on June 11, 2025.

9    2.   The defendants charged in the above-captioned indictment

10 have not been taken into custody on the charges contained in the

11 indictment and have not been informed that they are being named as

12 defendants in the indictment to be presented to the grand jury on

13 June 11, 2025.  The likelihood of apprehending one or more of the

14 charged defendants might jeopardized if the indictment in this case

15 were made publicly available before the defendants are taken into

16 custody on the indictment.

17    3.   Accordingly, the government requests that the indictment

18 and sealed documents in this case (except the arrest warrants) be

19 sealed and remain so until one of the defendants is taken into

20 custody on the charges contained in the indictment and the government

21 files a "Report Commencing Criminal Action" in this matter.

22    4.   I declare under penalty of perjury under the laws of the

23 United States of America that the foregoing is true and correct and

24 that this declaration is executed at Los Angeles, California, on June

25 9, 2025.

26

27            JENA A. MACCABE

28

1